# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY M. HOLCOMBE, | : | |
| Plaintiff, | : | |
| vs. | : | CA 16-0566-MU |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be affirmed.

**DONE** this the 11th day of September, 2017.

    s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**